**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomas R. FARRUGIA, Defendant–**
**Appellant.**

**Nos. 06–10344, 06–10521.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 13, 2007.

Kevin P. Rooney, Esq., USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Thomas R. Farrugia, Terre Haute, IN, pro se.

Before: LEAVY, THOMAS and BERZON, Circuit Judges.

MEMORANDUM **

Thomas R. Farrugia appeals pro se from the district court's orders denying his motions to compel the government to 1) perform tests on certain trial exhibits; 2) provide samples of the exhibits to attorney Cheryl Sturm for testing; and 3) provide him with documents related to the exhibits.

Farrugia's motion for an extension of time to file the reply brief is granted. The Clerk shall file the brief and supplemental excerpts of record received on May 23, 2007.

The district court properly concluded that Farrugia's motions are unrelated to any actions currently pending. Accordingly, the district court's orders denying the motions and denying the motion for reconsideration are affirmed.

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). The request for oral argument is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.